No. 80–5014.  MAXWELL ET AL. v. GEORGIA.  Ct. App. Ga. Certiorari denied.  JUSTICE BRENNAN, JUSTICE STEWART, and JUSTICE MARSHALL would grant certiorari and reverse the convictions.

No. 79–1809.  MOON v. ROADWAY EXPRESS, INC.; and

No. 79–1810.  ROGERS v. FRITO-LAY, INC.  C. A. 5th Cir. Certiorari denied.  JUSTICE BLACKMUN would grant certiorari.  Reported below: 611 F. 2d 1074.

No. 79–1816.  METHODIST HOSPITAL OF KENTUCKY, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 6th Cir. Certiorari denied.  JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 79–1892.  LAREDO COCA-COLA BOTTLING CO. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 5th Cir.  Certiorari denied.  JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 79–1820.  BADGER v. UNITED STATES ET AL.  C. A. 10th Cir.  Certiorari denied.  JUSTICE STEWART and JUSTICE POWELL would grant certiorari.

No. 79–1825.  FEDERAL ENERGY REGULATORY COMMISSION v. PANHANDLE EASTERN PIPE LINE CO.  C. A. D. C. Cir. Certiorari denied.  JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 79–1883.  WESTINGHOUSE ELECTRIC CORP. v. HUNTER ET AL.  C. A. 6th Cir.  Certiorari denied.  JUSTICE STEWART took no part in the consideration or decision of this petition.